```
                              FILED
                          MAY 2 3 2008
                     CLERK, U.S. DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
                   BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JOEL ROJAS-FLORES,<br><br>           Defendant. | Criminal Case No. 08CR0668-JAH<br><br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about March 20, 2004, within the Southern District of California, defendant JOEL ROJAS-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:mg:San Diego
4/16/08

## Count 2 [handwritten: of RGSM]

On or about ~~February 6, 2008~~ [handwritten: July 22, 2005], within the Southern District of California, defendant JOEL ROJAS-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 2 May 2008.

KAREN P. HEWITT
United States Attorney

*Cynthia Mills* [signature]

W. MARK CONOVER
Assistant U.S. Attorney

2